

# Fourth Court of Appeals
## San Antonio, Texas

September 22, 2021

No. 04-21-00173-CR

Uzziel N. Munoz **CRUZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 5, Bexar County, Texas
Trial Court No. 549370
Honorable John Longoria, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file a brief is granted. We order appellant's brief filed by October 22, 2021.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of September, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court